# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**January 13, 2010**

Mr. Okon J. Usoro P.C.
12000 Westheimer Road
Suite 300
Houston, TX 77077

    Re: *Blakley v. Schlumberger*, 4:08-cv-04120-WRW.

Dear Mr. Usoro:

I will not pre-judge Defendant's Motion for Protective Order (Doc. No. 29), but it does appear to me that you are over-eggin' the puddin' with your discovery requests. Before I do any appreciable work on the project, please "meet and confer" (you may do it by telephone, but doing it is mandatory) with opposing counsel before noon, Central Standard Time, next Tuesday, January 19, 2010; and immediately advise me of the results of your "meet and confer" efforts by email or fax, by noon of that afternoon.

I expect genuine, bonafide, real, good-faith,* efforts to resolve the discovery dispute. If it is not resolved by noon of next Tuesday, we will have an on-the-record telephone conference at 4:00 p.m., Central Standard Time, Tuesday, January 19, 2010. I expect that the telephone conference will be short, and I would expect my rulings to be likewise.

I look forward to hearing from you.

                                                    Cordially,

                                                  /s/ Wm. R. Wilson, Jr.

Original to the Clerk of the Court
cc: Other Counsel of Record

*please excuse the verbosity and redundancies, but I want to make sure I am understood.