# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**RELENTHIS BLAKLEY**                                                        **PLAINTIFF**

v.                              **4:08CV04120-WRW**

**SCHLUMBERGER TECHNOLOGY CORP.**                          **DEFENDANT**

## AMENDMENT TO ORDER OF JANUARY 19, 2010

Plaintiff is directed to file an Amended and Substituted Complaint in which the wheat only remains, and the chaff is entirely removed.

This must be done by 12:00 p.m., February 5, 2010.

It would appear to me that it would also be a good thing for Plaintiff to retain local counsel -- in view of the problems we have had up to this point, and in view of the fact that we have quite a few local rules. It seems to me that it would be good if this could be done on or before February 5, 2010.

IT IS SO ORDERED this 20th day of January, 2010.

                                                                        /s/Wm. R. Wilson, Jr.
                                                UNITED STATES DISTRICT JUDGE