IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RELENTHIS BLAKLEY**                                                                      **PLAINTIFF**

v.                      NO. 4:08-CV-4120-WRW

**SCHLUMBERGER TECHNOLOGY CORP.**                                 **DEFENDANT**

**ORDER**

Plaintiff's Motion for Reconsideration (Doc. No. 40) seems to indicate that Plaintiff's counsel believes he must get local counsel as substitute counsel -- but I only suggested (<u>not</u> ordered) that he get local counsel to assist him with the requirements of the local rules, local customs, etc. Plaintiff's Motion is DENIED AS MOOT.

Also pending is Defendant's Motion to Extend Time of Dispositive Motions (Doc. No. 41). My January 19, 2010, Order cancelled the trial and scheduling order. So, currently, there is not a deadline for dispositive motions. Defendant's Motion is DENIED AS MOOT.

A new scheduling order will be issued in due course, pending the outcome of Defendant's Motion to Dismiss (Doc. No. 42).

IT IS SO ORDERED this 16th day of February, 2010.

                                                                 /s/ Wm. R. Wilson, Jr.
                                                                 UNITED STATES DISTRICT JUDGE