IN THE UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RELENTHIS BLAKLEY**                                          **PLAINTIFF**

**v.**                  4:08-CV-04120-WRW

**SCHLUMBERGER TECHNOLOGY**
**CORPORATION**                                  **DEFENDANT**

## ORDER

Pending is Plaintiff's Motion to Quash Defendant's Subpoena to Crothal Services Group (Doc. No. 48). It appears that Plaintiff wants to quash a subpoena *duces tecum,* for employment records, issued to a third party.

The motion is DENIED.

IT IS SO ORDERED this 8th day of March, 2010.

                                                   /s/ Wm. R. Wilson, Jr._____
                                                   UNITED STATES DISTRICT JUDGE