# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**RELENTHIS BLAKLEY**                                                                    **PLAINTIFF**

**v.**                                   **4:08CV04120-WRW**

**SCHLUMBERGER TECHNOLOGY CORP.**                                        **DEFENDANT**

## ORDER

Pending is Plaintiff's Motion to Compel Court Ordered Discovery Responses, and For Sanctions (Doc. No. 60), and Plaintiff's Motion for Extension of Time to File Response (Doc. No. 61). Defendant has responded.[1]

Discovery ended on June 20, 2010.[2] Plaintiff failed to bring any continuing discovery disputes to my attention until after this date,[3] and has not shown good cause for the delay.[4] Accordingly, Plaintiff's Motion to Compel (Doc. No. 60) is DENIED WITH PREJUDICE.

Plaintiff's Motion for Extension of Time to File Response (Doc. No. 61) is GRANTED in part: Plaintiff must respond to Defendant's Motion for Summary Judgment by noon, July 27, 2010. If Defendant wants to reply, it should be filed by noon, August 3, 2010.

IT IS SO ORDERED this 20th day of July, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. Nos. 62, 63.

[2] Doc. No. 54.

[3] Doc. No. 55, 57.

[4] *See* Doc. Nos. 56, 57, 62, 63.

1