# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**RELENTHIS BLAKLEY**                                                                      **PLAINTIFF**

**v.**                                         **4:08CV04120-WRW**

**SCHLUMBERGER TECHNOLOGY CORP.**                                          **DEFENDANT**

## JUDGMENT

Based on an Order entered this date granting Defendant's Motion for Summary Judgment, this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 28th day of July, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE